# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CLAUDIO OCCHIONE,

      Plaintiff,

   -vs-

PSA AIRLINES INC., et al.,

      Defendant.

Case No. 3:11-cv-05

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 39)**

This matter is before the Court on Plaintiff's *pro se* Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (doc. 39). For good cause shown, the Court **GRANTS** Plaintiff's Motion, extending the response deadline twenty-one days. Plaintiff shall file his summary judgment memorandum on or before January 23, 2012.

Because Plaintiff is *pro se* and does not file documents electronically, this Order shall be mailed to Plaintiff.

    **IT IS SO ORDERED.**

December 30, 2011                                                                   s/ **Michael J. Newman**
                                                                                   United States Magistrate Judge