# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CLAUDIO OCCHIONE, | : | |
| Plaintiff, | : | Case No. 3:11-cv-05 |
| -vs- | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| PSA AIRLINES, INC., | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 50)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 50), to whom this case was referred pursuant to 28 U.S.C. § 636(b), filed on March 2, 2012. Pursuant to Fed. R. Civ. P. 72(b) and 6(d), Plaintiff's objections were originally due on March 19, 2012. Upon Plaintiff's motion for an extension of time (doc. 51), the Court granted Plaintiff an additional fourteen days to file his objections, thereby setting a new deadline of April 2, 2012. To date, though several days have passed since the April 2, 2012 deadline, no objections have been filed. Therefore, given Plaintiff's failure to timely object to the Report and Recommendation under Fed. R. Civ. P. 72(b), the Court hereby **ADOPTS** said Report and Recommendation (doc. 50).

Accordingly, it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. 38) is **GRANTED** and judgment is entered **IN FAVOR OF DEFENDANT**.

This case is now **CLOSED**.

April 6, 2012                        *\*s/THOMAS M. ROSE*

                                                         Thomas M. Rose
                                                         United States District Judge